# EXHIBIT A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
AIDART DISTRIBUTORS CORP.,                           :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
AIDART PICTURES, INC.,                              :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
DAYS PICTURE CORPORATION,                            :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
ORION TV PRODUCTIONS, INC.,                          :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
PATHE FILMS INC.,                                   :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
PATHE RELEASING CORP.,                             :    Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
PURPLE PHOTOPLAYS, INC.,                           :    Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
MGM HOLDINGS INC.,                                 :    Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
METRO-GOLDWYN-MAYER STUDIOS                        :    Case No. 10-
INC.,                                              :
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :    Chapter 11
                                                   :
MGM HOLDINGS II INC.,                              :    Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
METRO-GOLDWYN-MAYER INC.,                  :    Case No. 10-
                                          :
Debtor.                                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
ORION PICTURES CORPORATION,               :    Case No. 10-
                                          :
Debtor.                                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
ALBINO ALLIGATOR PRODUCTIONS,             :    Case No. 10-
INC.,                                     :
                                          :
Debtor.                                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
ALPHA LIBRARY COMPANY, INC.,              :    Case No. 10-
                                          :
Debtor.                                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
ALTAR PRODUCTIONS, INC.,                  :    Case No. 10-
                                          :
Debtor.                                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
AMERICAN INTERNATIONAL                                       :    Case No. 10-
PICTURES, INC.,                                              :
                                                             :
Debtor.                                                      :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
AMERIGLAD HOLDINGS LLC,                                      :    Case No. 10-
                                                             :
Debtor.                                                      :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
BACKLOT PRODUCTIONS INC.,                                    :    Case No. 10-
                                                             :
Debtor.                                                      :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
BAND FILMS, INC.,                                            :    Case No. 10-
                                                             :
Debtor.                                                      :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
BEGINNING TO ROAR INC.,                                      :    Case No. 10-
                                                             :
Debtor.                                                      :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

In re:                                :     Chapter 11

                                   :

BETA LIBRARY COMPANY, INC.,     :     Case No. 10-

                                   :

Debtor.                              :

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:    :     Chapter 11

BEVERLY HILLS NINJA PRODUCTIONS, :     Case No. 10-
INC.,     :

Debtor.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:    :     Chapter 11

BRIGHTON PRODUCTIONS, INC.,    :     Case No. 10-

Debtor.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:    :     Chapter 11

CANDANTINO MUSIC, INC.,    :     Case No. 10-

Debtor.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:    :     Chapter 11

CANZIONE MUSIC, INC.,    :     Case No. 10-

Debtor.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
In re:                                         :    Chapter 11
                                               :
CARCASSONNE PRODUCTIONS INC.,                  :    Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
In re:                                         :    Chapter 11
                                               :
CHARLES BAND FILMS, INC.,                      :    Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
In re:                                         :    Chapter 11
                                               :
COSMIC TITLE CORP.,                            :    Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
In re:                                         :    Chapter 11
                                               :
DAYTON FILM PRODUCTIONS, INC.,                 :    Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
In re:                                         :    Chapter 11
                                               :
DELTA LIBRARY COMPANY, INC.,                   :    Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
In re:                                              :   Chapter 11
                                                    :
DELTA LIBRARY HOLDINGS, INC.,                       :   Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
In re:                                              :   Chapter 11
                                                    :
DOMESTIC LIBRARY ACQUISITION,                       :   Case No. 10-
LLC,                                                :
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
In re:                                              :   Chapter 11
                                                    :
DONNA MUSIC PUBLICATIONS,                           :   Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
In re:                                              :   Chapter 11
                                                    :
EL PASO FILMS LLC,                                  :   Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
In re:                                              :   Chapter 11
                                                    :
EMPIRE ENTERTAINMENT, INC.,                         :   Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  :
In re:   :   Chapter 11
  :
EPIC PICTURES ENTERPRISES, INC.,   :   Case No. 10-
  :
Debtor.   :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  :
In re:   :   Chapter 11
  :
EPSILON LIBRARY COMPANY, INC.,   :   Case No. 10-
  :
Debtor.   :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  :
In re:   :   Chapter 11
  :
F.P. PRODUCTIONS,   :   Case No. 10-
  :
Debtor.   :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  :
In re:   :   Chapter 11
  :
FAMOUS ARTISTS AGENCY, INC.,   :   Case No. 10-
  :
Debtor.   :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  :
In re:   :   Chapter 11
  :
FAMOUS ARTISTS PRODUCTIONS, INC.,   :   Case No. 10-
  :
Debtor.   :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
FIRST WALNUT INC.,                            :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
FLIPPER PRODUCTIONS, INC.,                    :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
FOREIGN LIBRARY ACQUISITION, LLC,             :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
G-2 ENTERTAINMENT COMPANY,                    :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
G26 COMPANY,                                  :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :       Chapter 11
                                                   :
GAMMA LIBRARY COMPANY, INC.,                       :       Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :       Chapter 11
                                                   :
GHOULIES PRODUCTIONS, INC.,                        :       Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :       Chapter 11
                                                   :
GRAND TALK INC.,                                   :       Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :       Chapter 11
                                                   :
HERITAGE ENTERTAINMENT, INC.,                      :       Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :       Chapter 11
                                                   :
IVAN TORS MUSIC, INC.,                             :       Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                         :      Chapter 11
:
JH PRODUCTIONS INC.,                :      Case No. 10-
:
Debtor.                                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                         :      Chapter 11
:
LAMBDA LIBRARY COMPANY, INC.,    :      Case No. 10-
:
Debtor.                                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                         :      Chapter 11
:
LEXYN PRODUCTIONS, INC.,          :      Case No. 10-
:
Debtor.                                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                         :      Chapter 11
:
LION INDEPENDENT TELEVISION INC.,   :      Case No. 10-
:
Debtor.                                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                         :      Chapter 11
:
LOPERT PICTURES CORPORATION,     :      Case No. 10-
:
Debtor.                                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                   :        Chapter 11
:
MAPLE STREET ENTERTAINMENT INC.,    :        Case No. 10-
:
Debtor.                                                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                   :        Chapter 11
:
MASSACHUSETTS PRODUCTIONS LLC,      :        Case No. 10-
:
Debtor.                                                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                   :        Chapter 11
:
MCEG STERLING COMPUTER                  :        Case No. 10-
SERVICES,                                              :
:
Debtor.                                                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                   :        Chapter 11
:
MCEG STERLING DEVELOPMENT,             :        Case No. 10-
:
Debtor.                                                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                   :        Chapter 11
:
MCEG STERLING ENTERTAINMENT,           :        Case No. 10-
:
Debtor.                                                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                     :
In re:                                               :   Chapter 11
                                                     :
MCEG STERLING PRODUCTIONS,                           :   Case No. 10-
                                                     :
        Debtor.                                      :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                     :
In re:                                               :   Chapter 11
                                                     :
MEDIA RESOURCES CREDIT                               :   Case No. 10-
CORPORATION,                                          :
                                                     :
        Debtor.                                      :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                     :
In re:                                               :   Chapter 11
                                                     :
METRO PICTURES CORPORATION OF                        :   Case No. 10-
AMERICA,                                             :
                                                     :
        Debtor.                                      :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                     :
In re:                                               :   Chapter 11
                                                     :
METRO-GOLDWYN-MAYER                                  :   Case No. 10-
ANIMATION INC.,                                      :
                                                     :
        Debtor.                                      :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                           :
In re:                                     :     Chapter 11
                                           :
METRO-GOLDWYN-MAYER                        :     Case No. 10-
DISTRIBUTION CO.,                          :
                                           :
      Debtor.                              :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                           :
In re:                                     :     Chapter 11
                                           :
METRO-GOLDWYN-MAYER HOME                   :     Case No. 10-
ENTERTAINMENT LLC,                         :
                                           :
      Debtor.                              :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                           :
In re:                                     :     Chapter 11
                                           :
METRO-GOLDWYN-MAYER INDIA,                 :     Case No. 10-
LTD.,                                      :
                                           :
      Debtor.                              :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                           :
In re:                                     :     Chapter 11
                                           :
METRO-GOLDWYN-MAYER                        :     Case No. 10-
INTERACTIVE PRODUCTIONS INC.,              :
                                           :
      Debtor.                              :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :    Chapter 11
                                                 :
METRO-GOLDWYN-MAYER LION                          :    Case No. 10-
CORP.,                                            :
                                                 :
Debtor.                                          :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :    Chapter 11
                                                 :
METRO-GOLDWYN-MAYER MOTION                        :    Case No. 10-
PICTURE CO.,                                      :
                                                 :
Debtor.                                          :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :    Chapter 11
                                                 :
METRO-GOLDWYN-MAYER MUSIC                         :    Case No. 10-
INC.,                                            :
                                                 :
Debtor.                                          :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :    Chapter 11
                                                 :
METRO-GOLDWYN-MAYER OF CHINA,                     :    Case No. 10-
INC.,                                            :
                                                 :
Debtor.                                          :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                               :
In re:                                         :   Chapter 11
                                               :
METRO-GOLDWYN-MAYER ONLINE                     :   Case No. 10-
INC.,                                          :
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                               :
In re:                                         :   Chapter 11
                                               :
METRO-GOLDWYN-MAYER OVERSEAS                   :   Case No. 10-
INC.,                                          :
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                               :
In re:                                         :   Chapter 11
                                               :
METRO-GOLDWYN-MAYER PICTURES                   :   Case No. 10-
INC.,                                          :
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                               :
In re:                                         :   Chapter 11
                                               :
MGM AND UA SERVICES COMPANY,                   :   Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                               :
In re:                                         :   Chapter 11
                                               :
MGM DEVELOPMENT, INC.,                         :   Case No. 10-
                                               :
Debtor.                                        :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM DIGITAL DEVELOPMENT INC.,                       :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM DIRECT INC.,                                    :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM DOMESTIC DIGITAL MEDIA INC.,                    :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM DOMESTIC NETWORKS LLC,                          :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM DOMESTIC TELEVISON                              :    Case No. 10-
DISTRIBUTION LLC,                                   :
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :

In re:                       :     Chapter 11
        :

MGM DOMESTIC TV NETWORKS LLC,   :     Case No. 10-
        :

Debtor.                  :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :

In re:                       :     Chapter 11
        :

MGM FRANCHISE FILM CO. LLC,     :     Case No. 10-
        :

Debtor.                  :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :

In re:                       :     Chapter 11
        :
        :     Case No. 10-

MGM GLOBAL HOLDINGS INC.,      :
        :

Debtor.                  :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :

In re:                       :     Chapter 11
        :

MGM HD PRODUCTIONS LLC,       :     Case No. 10-
        :

Debtor.                  :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :

In re:                       :     Chapter 11
        :

MGM HOME ENTERTAINMENT       :     Case No. 10-
DISTRIBUTION CORP.,            :
        :

Debtor.                  :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM INTERACTIVE INC.,                               :    Case No. 10-
                                                    :
            Debtor.                                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM INTERNATIONAL DIGITAL                           :    Case No. 10-
MEDIA INC.,                                         :
                                                    :
            Debtor.                                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM INTERNATIONAL TELEVISION                        :    Case No. 10-
DISTRIBUTION INC.,                                  :
                                                    :
            Debtor.                                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM LAPTV LLC,                                      :    Case No. 10-
                                                    :
            Debtor.                                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM LION PRINTS LLC,                                :    Case No. 10-
                                                    :
            Debtor.                                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MGM ME INC.,                                              :     Case No. 10-
                                                          :
Debtor.                                                   :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MGM MIDDLE EAST CO.,                                      :     Case No. 10-
                                                          :
Debtor.                                                   :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MGM NETWORKS INC.,                                        :     Case No. 10-
                                                          :
Debtor.                                                   :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MGM NETWORKS U.S. INC.,                                   :     Case No. 10-
                                                          :
Debtor.                                                   :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MGM NMOC LLC,                                             :     Case No. 10-
                                                          :
Debtor.                                                   :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM NORTH AMERICA HOLDINGS                          :    Case No. 10-
INC.,                                               :
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM ON DEMAND INC.,                                 :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM SUPER PRODUCTIONS INC.,                         :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM TELEVISION AUSTRALIA INC.,                      :    Case No. 10-
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MGM TELEVISION ENTERTAINMENT                        :    Case No. 10-
INC.,                                               :
                                                    :
Debtor.                                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
MGM/UA, INC.,                                               :        Case No. 10-
                                                            :
        Debtor.                                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
MIDNIGHT BLUE PRODUCTIONS, INC.,                            :        Case No. 10-
                                                            :
        Debtor.                                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
MUSICWAYS, INC.,                                            :        Case No. 10-
                                                            :
        Debtor.                                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
NSNA CO.,                                                   :        Case No. 10-
                                                            :
        Debtor.                                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
OMEGA LIBRARY COMPANY, INC.,                               :        Case No. 10-
                                                            :
        Debtor.                                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re:                             :    Chapter 11

                                 :

OPC MUSIC PUBLISHING, INC.,     :    Case No. 10-

                                 :

Debtor.                          :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                 :

In re:                             :    Chapter 11

                                 :

ORION FILM CLASSICS COMPANY,   :    Case No. 10-

                                 :

Debtor.                          :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                 :

In re:                             :    Chapter 11

                                 :

ORION HOME ENTERTAINMENT     :    Case No. 10-
CORPORATION,                     :

                                 :

Debtor.                          :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                 :

In re:                             :    Chapter 11

                                 :

ORION MUSIC PUBLISHING, INC.,   :    Case No. 10-

                                 :

Debtor.                          :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                 :

In re:                             :    Chapter 11

                                 :

ORION PICTURES DISTRIBUTION    :    Case No. 10-
CORPORATION,                     :

                                 :

Debtor.                          :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
ORION PICTURES LIBRARY                                 :    Case No. 10-
ACQUISITION CO., INC.,                                 :
                                                       :
Debtor.                                                :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
ORION PRODUCTIONS COMPANY,                             :    Case No. 10-
                                                       :
Debtor.                                                :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
P & F ACQUISITION CORP.,                               :    Case No. 10-
                                                       :
Debtor.                                                :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
PANTHER & PALS LLC,                                    :    Case No. 10-
                                                       :
Debtor.                                                :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
PARTNERSHIP PICTURE CORP.,                             :    Case No. 10-
                                                       :
Debtor.                                                :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :   Chapter 11
                                                 :
PATHE ENTERTAINMENT                              :   Case No. 10-
MOVIESONGS, INC.,                                :
                                                 :
        Debtor.                                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :   Chapter 11
                                                 :
PATHE ENTERTAINMENT MUSIC, INC.,                 :   Case No. 10-
                                                 :
        Debtor.                                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :   Chapter 11
                                                 :
PATHE TS, INC.,                                  :   Case No. 10-
                                                 :
        Debtor.                                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :   Chapter 11
                                                 :
PFE LIBRARY ACQUISITION                          :   Case No. 10-
COMPANY, INC.,                                   :
                                                 :
        Debtor.                                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                 :
In re:                                           :   Chapter 11
                                                 :
RED CORNER PRODUCTION INC.,                      :   Case No. 10-
                                                 :
        Debtor.                                  :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                  :

In re:                          :     Chapter 11

                                    :

SARAFILMS PRODUCTIONS INC.,    :     Case No. 10-

                                    :

Debtor.                        :

                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                    :

In re:                          :     Chapter 11

                                    :

SHE SPIES INC.,                :     Case No. 10-

                                    :

Debtor.                        :

                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                    :

In re:                          :     Chapter 11

                                    :

SIGMA LIBRARY COMPANY, INC.,   :     Case No. 10-

                                    :

Debtor.                        :

                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                    :

In re:                          :     Chapter 11

                                    :

SINGLES PRODUCTIONS, INC.,    :     Case No. 10-

                                    :

Debtor.                        :

                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                    :

In re:                          :     Chapter 11

                                    :

TANGLED WEB PRODUCTIONS, INC.,   :     Case No. 10-

                                    :

Debtor.                        :

                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 11
                                                   :
TARYN PRODUCTIONS, INC.,                            :   Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 11
                                                   :
THE AZIMUTH COMPANY, INC.,                          :   Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 11
                                                   :
THE MIRISCH CORPORATION OF                          :   Case No. 10-
DELAWARE,                                          :
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 11
                                                   :
THE WAR AT HOME PRODUCTIONS,                        :   Case No. 10-
INC.,                                              :
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 11
                                                   :
THIS NETWORK LLC,                                   :   Case No. 10-
                                                   :
Debtor.                                            :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :    Chapter 11
                                              :
THREE P HOLDINGS LLC,                         :    Case No. 10-
                                              :
        Debtor.                               :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :    Chapter 11
                                              :
THREE PICTURES CORPORATION,                   :    Case No. 10-
                                              :
        Debtor.                               :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :    Chapter 11
                                              :
TIME PRODUCTION INC.,                         :    Case No. 10-
                                              :
        Debtor.                               :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :    Chapter 11
                                              :
TURBO PRODUCTIONS INC.,                       :    Case No. 10-
                                              :
        Debtor.                               :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :    Chapter 11
                                              :
U.A. OF BRAZIL, INC.,                         :    Case No. 10-
                                              :
        Debtor.                               :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                          :
In re:                                    :   Chapter 11
                                          :
U/A MUSIC INC.,                           :   Case No. 10-
                                          :
        Debtor.                           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                          :
In re:                                    :   Chapter 11
                                          :
UNITED ARTISTS CHINA, INC.,               :   Case No. 10-
                                          :
        Debtor.                           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                          :
In re:                                    :   Chapter 11
                                          :
UNITED ARTISTS CORPORATION,               :   Case No. 10-
                                          :
        Debtor.                           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                          :
In re:                                    :   Chapter 11
                                          :
UNITED ARTISTS CORPORATION OF             :   Case No. 10-
EGYPT,                                    :
                                          :
        Debtor.                           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                          :
In re:                                    :   Chapter 11
                                          :
UNITED ARTISTS CORPORATION OF             :   Case No. 10-
PUERTO RICO,                              :
                                          :
        Debtor.                           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :   Chapter 11
                                                    :
UNITED ARTISTS EUROPA, INC.,                        :   Case No. 10-
                                                    :
    Debtor.                                         :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :   Chapter 11
                                                    :
UNITED ARTISTS FILMS (MR.                           :   Case No. 10-
ACCIDENT) INC.,                                     :
                                                    :
    Debtor.                                         :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :   Chapter 11
                                                    :
UNITED ARTISTS FILMS COMPANY,                       :   Case No. 10-
                                                    :
    Debtor.                                         :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :   Chapter 11
                                                    :
UNITED ARTISTS FILMS INC.,                          :   Case No. 10-
                                                    :
    Debtor.                                         :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
In re:                                              :   Chapter 11
                                                    :
UNITED ARTISTS MUSIC (BELGIUM),                     :   Case No. 10-
INC.,                                               :
                                                    :
    Debtor.                                         :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
UNITED ARTISTS MUSIC INC.,                      :    Case No. 10-
                                                :
Debtor.                                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
UNITED ARTISTS OVERSEAS, INC.,                  :    Case No. 10-
                                                :
Debtor.                                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
UNITED ARTISTS PICTURES INC.,                   :    Case No. 10-
                                                :
Debtor.                                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
UNITED ARTISTS PRODUCTIONS INC.,                :    Case No. 10-
                                                :
Debtor.                                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
UNITED ARTISTS RECORDS INC.,                    :    Case No. 10-
                                                :
Debtor.                                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
UNITED ARTISTS TELEVISION CORP.,              :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
UNITED LION MUSIC, INC.,                      :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
VENTURA/GLORIA FILMS INC.,                    :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
VIRGIN VISION, INC.,                          :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
WARGAMES II PRODUCTIONS INC.,                 :    Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :   Chapter 11
                                              :
WEBSPINNER INC.,                              :   Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :   Chapter 11
                                              :
WIZARD VIDEO, INC.,                           :   Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
In re:                                        :   Chapter 11
                                              :
ZETA LIBRARY COMPANY, INC.,                   :   Case No. 10-
                                              :
Debtor.                                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES UNDER FED. R. BANKR. P. 1015(b) AND (B) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. R. BANKR. P. 1005 AND 2002(n)

Upon consideration of the motion (the "<u>Motion</u>")[1] of the Debtors for an order (this

"<u>Order</u>") pursuant to section 342(c)(1) of the Bankruptcy Code, and Bankruptcy Rules 1005,

1015(b) and 2002(n), (i) directing the joint administration of the Debtors' separate chapter 11

cases for procedural purposes only and (ii) waiving the requirement that the captions in these

chapter 11 cases contain certain identifying information with respect to each Debtor; and upon

the First-Day Declaration; and due and sufficient notice of the Motion having been given under

---

[1]   Capitalized terms used but not defined herein have the meaning set forth in the Motion.

the particular circumstances; and it appearing that no other or further notice is necessary except as provided herein; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned chapter 11 cases of the Debtors is consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the above-captioned chapter 11 cases.

4. The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
            :
In re:           : Chapter 11
            :
METRO-GOLDWYN-MAYER STUDIOS : Case No. 10-_____(____)
INC., <u>et al.</u>,        :
            :
     Debtors.     : (Jointly Administered)
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Metro-Goldwyn-Mayer Studios Inc., Case No. 10-_____(____).

6.     A docket entry shall be made in each of the Debtors' cases (other than the case of Metro-Goldwyn-Mayer Studios Inc.) substantially similar to the following:

> "An order has been entered in this case consolidating this case with the case of Metro-Goldwyn-Mayer Studios Inc. (Case No. 10-_____(___)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 10-_____(___) should be consulted for all matters affecting the above listed case."

7.     The requirements under section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the case caption and other notices mailed in these cases include the Debtors' tax identification numbers and other identifying information about the Debtors are waived.  The Debtors are directed to annex to each pleading they file and each notice they mail in these cases a list of all the Debtors in these chapter 11 cases and the last four digits of each of their respective tax identification numbers.

8.     Notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h) or otherwise, this Order shall be effective and enforceable immediately upon entry hereof.

9.     The relief granted by this Order shall apply to any Additional Debtor in these jointly administered cases without further order by this Court.  A debtor shall be deemed an Additional Debtor upon the filing of a motion to have such debtor's chapter 11 case jointly administered with the chapter 11 cases of the Debtors.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:     New York, New York
               _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

789608-New York Server 2A - MSW