UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :   Chapter 11
                                   :
METRO-GOLDWYN-MAYER STUDIOS        :   Case No. 10-15774 (SMB)
INC., et al.,                      :
                                   :
         Reorganized Debtors.      :   Jointly Administered
                                   :
---------------------------------- x

### FINAL DECREE AND ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 350(a), FED. R. BANKR. P. 3022, AND LBR S.D.N.Y. 3022-1, CLOSING CERTAIN OF THE REORGANIZED DEBTORS' BANKRUPTCY CASES

Upon the motion (the "Motion")[1] of the Reorganized Debtors for a final decree and order, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing certain of the bankruptcy cases that are jointly administered under the above-referenced case number; and due and sufficient notice of the Motion having been given under the particular circumstances, and it appearing that no other or further notice is necessary; and the Court having jurisdiction over this matter; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1. **SMB 2/16/11** The **Order directing Joint Administration, dated November 4, 2010 (ECF Doc. #52) is vacated.** ~~Motion is granted~~.

2. The Completed Cases scheduled on Exhibit 1 attached hereto are hereby closed.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

   3. The Clerk of the Court shall enter this final decree and order (the "Order") on the dockets of each of the Completed Cases and such dockets thereafter shall be marked as closed.

   4. The following Main Case shall not be closed pursuant to this Order and shall remain open until closed by a subsequent order of this Court:

- Metro-Goldwyn-Mayer Studios Inc., Case No. 10-15774 (SMB).

   5. This Order is without prejudice to any parties' right to seek to re-open any of the closed Completed Cases.

   6. The Debtors shall pay to the United States Trustee any quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6) within 10 days of such fees being due.

   7. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

   8. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
    February 16, 2011

          /s/ STUART M. BERNSTEIN
          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

Schedule of Completed Cases to Be Closed

| | | |
|---|---|---|
| 1. | 10-15767 | AIDART DISTRIBUTORS CORP. |
| 2. | 10-15769 | AIDART PICTURES, INC. |
| 3. | 10-15779 | ALBINO ALLIGATOR PRODUCTIONS, INC. |
| 4. | 10-15780 | ALPHA LIBRARY COMPANY, INC. |
| 5. | 10-15782 | ALTAR PRODUCTIONS, INC. |
| 6. | 10-15783 | AMERICAN INTERNATIONAL PICTURES, INC. |
| 7. | 10-15785 | AMERIGLAD HOLDINGS LLC |
| 8. | 10-15786 | BACKLOT PRODUCTIONS INC. |
| 9. | 10-15787 | BAND FILMS, INC. |
| 10. | 10-15788 | BEGINNING TO ROAR INC. |
| 11. | 10-15789 | BETA LIBRARY COMPANY, INC. |
| 12. | 10-15790 | BEVERLY HILLS NINJA PRODUCTIONS, INC. |
| 13. | 10-15791 | BRIGHTON PRODUCTIONS, INC. |
| 14. | 10-15792 | CANDANTINO MUSIC, INC. |
| 15. | 10-15793 | CANZIONE MUSIC, INC. |
| 16. | 10-15794 | CARCASSONNE PRODUCTIONS INC. |
| 17. | 10-15796 | CHARLES BAND FILMS, INC. |
| 18. | 10-15797 | COSMIC TITLE CORP. |
| 19. | 10-15770 | DAYS PICTURE CORPORATION |
| 20. | 10-15798 | DAYTON FILM PRODUCTIONS, INC. |
| 21. | 10-15799 | DELTA LIBRARY COMPANY, INC. |
| 22. | 10-15800 | DELTA LIBRARY HOLDINGS, INC. |
| 23. | 10-15801 | DOMESTIC LIBRARY ACQUISITION, LLC |
| 24. | 10-15802 | DONNA MUSIC PUBLICATIONS |
| 25. | 10-15803 | EL PASO FILMS LLC |
| 26. | 10-15804 | EMPIRE ENTERTAINMENT, INC. |
| 27. | 10-15805 | EPIC PICTURES ENTERPRISES, INC. |
| 28. | 10-15806 | EPSILON LIBRARY COMPANY, INC. |
| 29. | 10-15807 | F.P. PRODUCTIONS |
| 30. | 10-15808 | FAMOUS ARTISTS AGENCY, INC. |
| 31. | 10-15809 | FAMOUS ARTISTS PRODUCTIONS, INC. |
| 32. | 10-15810 | FIRST WALNUT INC. |
| 33. | 10-15811 | FLIPPER PRODUCTIONS, INC. |
| 34. | 10-15812 | FOREIGN LIBRARY ACQUISITION LLC |
| 35. | 10-15813 | G-2 ENTERTAINMENT COMPANY |
| 36. | 10-15815 | G26 COMPANY |
| 37. | 10-15816 | GAMMA LIBRARY COMPANY, INC. |
| 38. | 10-15817 | GHOULIES PRODUCTIONS, INC. |
| 39. | 10-15819 | GRAND TALK INC. |
| 40. | 10-15820 | HERITAGE ENTERTAINMENT, INC. |
| 41. | 10-15821 | IVAN TORS MUSIC, INC. |

| | | |
|---|---|---|
| 42. | 10-15822 | JH PRODUCTIONS INC. |
| 43. | 10-15824 | LAMBDA LIBRARY COMPANY, INC. |
| 44. | 10-15825 | LEXYN PRODUCTIONS, INC. |
| 45. | 10-15826 | LION INDEPENDENT TELEVISION INC. |
| 46. | 10-15827 | LOPERT PICTURES CORPORATION |
| 47. | 10-15828 | MAPLE STREET ENTERTAINMENT INC. |
| 48. | 10-15829 | MASSACHUSETTS PRODUCTIONS LLC |
| 49. | 10-15830 | MCEG STERLING COMPUTER SERVICES |
| 50. | 10-15831 | MCEG STERLING DEVELOPMENT |
| 51. | 10-15832 | MCEG STERLING ENTERTAINMENT |
| 52. | 10-15833 | MCEG STERLING PRODUCTIONS |
| 53. | 10-15834 | MEDIA RESOURCES CREDIT CORPORATION |
| 54. | 10-15835 | METRO PICTURES CORPORATION OF AMERICA |
| 55. | 10-15836 | METRO-GOLDWYN-MAYER ANIMATION INC. |
| 56. | 10-15837 | METRO-GOLDWYN-MAYER DISTRIBUTION CO. |
| 57. | 10-15838 | METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC |
| 58. | 10-15775 | METRO-GOLDWYN-MAYER INC. |
| 59. | 10-15839 | METRO-GOLDWYN-MAYER INDIA, LTD. |
| 60. | 10-15841 | METRO-GOLDWYN-MAYER INTERACTIVE PRODUCTIONS INC. |
| 61. | 10-15846 | METRO-GOLDWYN-MAYER LION CORP. |
| 62. | 10-15847 | METRO-GOLDWYN-MAYER MOTION PICTURE CO. |
| 63. | 10-15850 | METRO-GOLDWYN-MAYER MUSIC INC. |
| 64. | 10-15851 | METRO-GOLDWYN-MAYER OF CHINA, INC. |
| 65. | 10-15853 | METRO-GOLDWYN-MAYER ONLINE INC. |
| 66. | 10-15856 | METRO-GOLDWYN-MAYER OVERSEAS INC. |
| 67. | 10-15858 | METRO-GOLDWYN-MAYER PICTURES INC. |
| 68. | 10-15859 | MGM AND UA SERVICES COMPANY |
| 69. | 10-15861 | MGM DEVELOPMENT INC. |
| 70. | 10-15862 | MGM DIGITAL DEVELOPMENT INC. |
| 71. | 10-15864 | MGM DIRECT INC. |
| 72. | 10-15866 | MGM DOMESTIC DIGITAL MEDIA INC. |
| 73. | 10-15867 | MGM DOMESTIC NETWORKS LLC |
| 74. | 10-15870 | MGM DOMESTIC TELEVISION DISTRIBUTION LLC |
| 75. | 10-15872 | MGM DOMESTIC TV NETWORKS LLC |
| 76. | 10-15873 | MGM FRANCHISE FILM CO. LLC |
| 77. | 10-15875 | MGM GLOBAL HOLDINGS INC. |
| 78. | 10-15877 | MGM HD PRODUCTIONS LLC |
| 79. | 10-15777 | MGM HOLDINGS II INC. |
| 80. | 10-15776 | MGM HOLDINGS INC. |
| 81. | 10-15879 | MGM HOME ENTERTAINMENT DISTRIBUTION CORP. |
| 82. | 10-15840 | MGM INTERACTIVE INC. |
| 83. | 10-15842 | MGM INTERNATIONAL DIGITAL MEDIA INC. |

| | | |
|---|---|---|
| 84. | 10-15843 | MGM INTERNATIONAL TELEVISION DISTRIBUTION INC. |
| 85. | 10-15844 | MGM LAPTV LLC |
| 86. | 10-15848 | MGM LION PRINTS LLC |
| 87. | 10-15849 | MGM ME INC. |
| 88. | 10-15852 | MGM MIDDLE EAST CO. |
| 89. | 10-15855 | MGM NETWORKS INC. |
| 90. | 10-15857 | MGM NETWORKS U.S. INC. |
| 91. | 10-15860 | MGM NMOC LLC |
| 92. | 10-15863 | MGM NORTH AMERICA HOLDINGS INC. |
| 93. | 10-15865 | MGM ON DEMAND INC. |
| 94. | 10-15869 | MGM SUPER PRODUCTIONS INC. |
| 95. | 10-15871 | MGM TELEVISION AUSTRALIA INC. |
| 96. | 10-15874 | MGM TELEVISION ENTERTAINMENT INC. |
| 97. | 10-15876 | MGM/UA, INC. |
| 98. | 10-15878 | MIDNIGHT BLUE PRODUCTIONS, INC. |
| 99. | 10-15880 | MUSICWAYS, INC. |
| 100. | 10-15881 | NSNA CO. |
| 101. | 10-15882 | OMEGA LIBRARY COMPANY, INC. |
| 102. | 10-15883 | OPC MUSIC PUBLISHING, INC. |
| 103. | 10-15884 | ORION FILM CLASSICS COMPANY |
| 104. | 10-15885 | ORION HOME ENTERTAINMENT CORPORATION |
| 105. | 10-15887 | ORION MUSIC PUBLISHING, INC. |
| 106. | 10-15778 | ORION PICTURES CORPORATION |
| 107. | 10-15888 | ORION PICTURES DISTRIBUTION CORPORATION |
| 108. | 10-15891 | ORION PICTURES LIBRARY ACQUISITION CO., INC. |
| 109. | 10-15894 | ORION PRODUCTIONS COMPANY |
| 110. | 10-15766 | ORION TV PRODUCTIONS, INC. |
| 111. | 10-15898 | P & F ACQUISITION CORP. |
| 112. | 10-15904 | PANTHER & PALS LLC |
| 113. | 10-15906 | PARTNERSHIP PICTURE CORP. |
| 114. | 10-15907 | PATHE ENTERTAINMENT MOVIESONGS, INC. |
| 115. | 10-15908 | PATHE ENTERTAINMENT MUSIC, INC. |
| 116. | 10-15771 | PATHE FILMS INC. |
| 117. | 10-15772 | PATHE RELEASING CORP. |
| 118. | 10-15909 | PATHE TS, INC. |
| 119. | 10-15914 | PFE LIBRARY ACQUISITION COMPANY, INC. |
| 120. | 10-15773 | PURPLE PHOTOPLAYS, INC. |
| 121. | 10-15916 | RED CORNER PRODUCTION INC. |
| 122. | 10-15918 | SARAFILMS PRODUCTIONS INC. |
| 123. | 10-15920 | SHE SPIES INC. |
| 124. | 10-15923 | SIGMA LIBRARY COMPANY, INC. |
| 125. | 10-15925 | SINGLES PRODUCTIONS, INC. |

| | | |
|---|---|---|
| 126. | 10-15927 | TANGLED WEB PRODUCTIONS INC. |
| 127. | 10-15930 | TARYN PRODUCTIONS, INC. |
| 128. | 10-15931 | THE AZIMUTH COMPANY, INC. |
| 129. | 10-15932 | THE MIRISCH CORPORATION OF DELAWARE |
| 130. | 10-15933 | THE WAR AT HOME PRODUCTIONS, INC. |
| 131. | 10-15934 | THIS NETWORK LLC |
| 132. | 10-15935 | THREE P HOLDINGS LLC |
| 133. | 10-15936 | THREE PICTURES CORPORATION |
| 134. | 10-15886 | TIME PRODUCTION INC. |
| 135. | 10-15889 | TURBO PRODUCTIONS INC. |
| 136. | 10-15890 | U.A. OF BRAZIL, INC. |
| 137. | 10-15892 | U/A MUSIC, INC. |
| 138. | 10-15893 | UNITED ARTISTS CHINA, INC. |
| 139. | 10-15895 | UNITED ARTISTS CORPORATION |
| 140. | 10-15896 | UNITED ARTISTS CORPORATION OF EGYPT |
| 141. | 10-15897 | UNITED ARTISTS CORPORATION OF PUERTO RICO |
| 142. | 10-15899 | UNITED ARTISTS EUROPA, INC. |
| 143. | 10-15900 | UNITED ARTISTS FILMS (MR. ACCIDENT) INC. |
| 144. | 10-15901 | UNITED ARTISTS FILMS COMPANY |
| 145. | 10-15902 | UNITED ARTISTS FILMS INC. |
| 146. | 10-15903 | UNITED ARTISTS MUSIC (BELGIUM), INC. |
| 147. | 10-15905 | UNITED ARTISTS MUSIC INC. |
| 148. | 10-15911 | UNITED ARTISTS OVERSEAS, INC. |
| 149. | 10-15912 | UNITED ARTISTS PICTURES INC. |
| 150. | 10-15913 | UNITED ARTISTS PRODUCTIONS INC. |
| 151. | 10-15915 | UNITED ARTISTS RECORDS INC. |
| 152. | 10-15917 | UNITED ARTISTS TELEVISION CORP. |
| 153. | 10-15919 | UNITED LION MUSIC, INC. |
| 154. | 10-15921 | VENTURA/GLORIA FILMS INC. |
| 155. | 10-15922 | VIRGIN VISION, INC. |
| 156. | 10-15924 | WARGAMES II PRODUCTIONS INC. |
| 157. | 10-15926 | WEBSPINNER INC. |
| 158. | 10-15928 | WIZARD VIDEO, INC. |
| 159. | 10-15929 | ZETA LIBRARY COMPANY, INC. |

881560-New York Server 2A - MSW